UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE SANCHEZ AND GUADALUPE SANCHEZ, | § § § | |
| Plaintiffs, | § § § | |
| vs. | § § | CIVIL ACTION NO.  3:17-cv-700-M |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND TIMOTHY STEVENS | § § § § § | **(JURY)** |
| Defendants. | § | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Jose Sanchez and Guadalupe Sanchez and Defendant Allstate Fire and  Insurance Company and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Jose Sanchez and Guadalupe Sanchez.  Defendant is Allstate Vehicle and Property Insurance Company.

2. Plaintiffs filed suit against Defendant for damages under a homeowners' policy arising out of damages which occurred on May 15, 2015.

4. Plaintiffs and Defendant have reached a compromise and settlement regarding the claims in this lawsuit.  As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendant.  Both Plaintiffs and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Allstate Vehicle and Property Company.

    Respectfully submitted,

    **ARGUELLO LAW FIRM**

By:   */s/ Andres Arguello*
    **Andres Arguello**
    SBN 24089970
    1110 NASA Parkway, Suite 620
    Houston, Texas  77058
    Phone:  281-532-5529
    Fax:  281-402-3534
    Email: andres@simplyjustice.com

    **Clifford K. Nkeyasen, PLLC**

*/s/ Clifford Nkeysean*
Clifford K. Nkeyasen
SBN:  24044876
P.O. Box 132111
Dallas, Texas  75313
Phone:  214-265-6535
Fax:  214-292-9494
Email: nkeyasen@outlook.com

    **ATTORNEYS FOR PLAINTIFFS**

    AND

        **STACY | CONDER | ALLEN LLP**

By:    */s/ - David G. Allen*
       David G. Allen
       State Bar No. 00786972
       allen@stacyconder.com
       901 Main Street, Suite 6200
       Dallas, Texas 75202
       (214) 748-5000
       (214) 748-1421 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On September 14, 2017 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ - David G. Allen*
        David G. Allen

598684